JS - 6

cc: order, docket, remand letter to
Santa Barbara County Superior Court, Cook Division,
Santa Maria, No. 1394558

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTHER MARTINEZ, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN SALAZAR, MAUREEN SALAZAR, <br><br> Defendants. <br> _____ | Case No. CV 12-10093 DDP (AGRx) <br><br> **ORDER OF REMAND** |

The EX PARTE APPLICATION (DOCKET NUMBER 4) is granted.

THEREFORE, the COURT ORDERS this action be, and hereby is, remanded.

The Clerk shall mail, FAX or E:mail a copy of this Order to all counsel.

Dated: December 19, 2012

　　　　　　　　　　　　　　　　　　　*/s/ Dean D. Pregerson*
　　　　　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　　　　　United States District Judge